IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW AND WENDY PATE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-0713-K |
| | § | |
| STATE FARM LLOYDS | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On November 13, 2023, the Court called this case for trial. Plaintiffs Matthew and Wendy Pate appeared in person and through their attorneys and announced ready for trial. Defendant State Farm Lloyds appeared through its corporate representative and through its attorneys and announced ready for trial. The Court determined it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. The jury returned a unanimous verdict on November 14, 2023, in favor of Defendant State Farm Lloyds.

In accordance with the jury's verdict in this matter, the Court hereby enters this Final Judgment. It is hereby ORDERED, ADJUDGED, and DECREED that:

ORDER – PAGE 1

As to all claims asserted by Plaintiffs Matthew and Wendy Pate, judgment is entered in favor of Defendant State Farm Lloyds and against Plaintiffs Matthew and Wendy Pate. Plaintiffs Matthew and Wendy Pate shall take nothing on their claims.

This is a final judgment with respect to all claims and all parties.

Each party will bear its own costs and fees.

**SO ORDERED.**

Signed November 16th, 2023.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE